IN THE UNITIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| BLAKE THOMPSON<br>1105 Park Drive, Apt. A<br>Elizabeth City, NC 27909<br><br>    Plaintiff,<br><br>v.<br><br>ST. MARY'S HOSPITAL OF ST. MARY'S COUNTY,<br>INC., D/B/A MEDSTAR ST. MARY'S HOSPITAL<br>25500 Point Lookout Road<br>Leonardtown, MD 20650<br>SERVE:<br>Registered Agent<br>The Corporation Trust Incorporated<br>351 W. Camden Street<br>Baltimore, MD 21202<br><br>    and<br><br>AMERICAN RADIOLOGY ASSOCIATES, P.A.<br>1838 Greene Tree Road, Suite 450<br>Baltimore, MD 21208<br>SERVE:<br>Registered Agent<br>CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street, Suite 1660<br>Baltimore, MD 21202<br><br>    and<br><br>AMERICAN RADIOLOGY ASSOCIATES<br>OF MARYLAND, P.A.<br>1838 Greene Tree Road, Suite 450<br>Baltimore, MD 21208<br>SERVE:<br>American Radiology Associates<br> of Maryland, P.A.<br>1838 Greene Tree Road, Suite 450<br>Baltimore, MD 21208<br><br>    and | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No._____<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

KLORES
PERRY
MITCHELL p.c.
1735 20ᵀᴴ STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

| | |
|---|---|
| JOHN DOE, M.D. (Radiologist)<br>c/o American Radiology Associates, P.A.<br>10373A Reisterstown Road<br>Owings Mills, MD 21117<br><br>and<br><br>COREY GOLDING, M.D.<br>c/o American Radiology Associates, P.A.<br>10373A Reisterstown Road<br>Owings Mills, MD 21117<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT
### (Negligence-Medical Malpractice)

COMES NOW the Plaintiff, Blake Thompson, by and through counsel, Bruce J. Klores, Scott M. Perry, and Klores Perry Mitchell, P.C., and for his complaint against the Defendants, alleges as follows:

### JURISDICTION AND VENUE

1. The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between the Plaintiff and the Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

2. The Court is the proper venue for this case under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

3. Plaintiff has elected to waive arbitration in favor of court proceedings. *See* Certificate of Merit and Expert Report, attached as Exhibit 1; see also Waiver of Arbitration, attached as Exhibit 2.

4. Plaintiff Blake Thompson is a citizen (resident) of the State of North Carolina.

KLORES
PERRY
MITCHELL p.c.
1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

5. Defendant St. Mary's Hospital of St. Mary's County, Inc., d/b/a Medstar St. Mary's Hospital ("Medstar St. Mary's") is a Maryland corporation with its principal place of business located in Maryland. At all relevant times, Medstar St. Mary's was engaged in the business of providing health care and provided health care to the Plaintiff.

6. Defendants American Radiology Associates, P.A. and American Radiology Associates of Maryland, P.A. (collectively "American Radiology") are Maryland professional businesses with their principal places of business in Maryland. At all relevant times, American Radiology was engaged in the business of providing health care and provided health care to the Plaintiff.

7. Defendant John Doe, M.D. is a radiologist licensed in Maryland who, upon information and belief, is member/employee of American Radiology. At all relevant times, Dr. Doe was engaged in the business of providing health care and provided health care to the Plaintiff.

8. Defendant Corey Golding, M.D. is a radiologist licensed in Maryland who is a member/employee of American Radiology. At all relevant times, Dr. Golding was engaged in the business of providing health care and provided health care to the Plaintiff.

9. At all times of which Plaintiff complains, the Defendants, individually and acting through agents, servants and employees, represented to Plaintiff and to the general public that they possessed the knowledge, skill and ability of reasonably competent medical practitioners, practicing under the same or similar circumstances.

10. A health care provider/patient relationship existed between the Defendants, their agents, servants and employees and Plaintiff at all relevant times therein. The

KLORES
PERRY
MITCHELL P.C.
1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

Defendants owed Plaintiff a duty to conform their care to the standards of a reasonably prudent practitioner acting under the same or similar circumstances.

11.  At all times mentioned herein, the Defendants, individually or via agents, servants and employees, acting within the scope of their employment, provided medical treatment to, or were responsible for providing medical treatment to, the Plaintiff.

12.  On or about March 13, 2010, Blake Thompson, a 29 year-old U.S war veteran, arrived via ambulance at Medstar St. Mary's Emergency Department, complaining of severe abdominal pain, fever, sore throat and other ailments. No radiological testing was performed and Mr. Thompson was sent home with a diagnosis of nausea, vomiting, strep throat and dehydration.

13.  Mr. Thompson's condition continued to deteriorate and two days later, Saturday, May 15, 2010, Mr. Thompson returned to the Medstar St. Mary's Emergency Department. This time, a "stat" CT Scan of the abdomen (with and without oral contrast) was ordered.

14.  No formal report of the CT Scan was dictated or prepared on May 15, 2010. Rather, at about 4:15 p.m., a preliminary read by Dr. Doe indicated that the CT Scan showed portal air, which he indicated was consistent with a diagnosis of colitis. As no CT Scan was ordered on May 13, 2010, there was no study to compare the May 15 study to.

15.  Mr. Thompson was admitted for observation.

16.  On May 17, 2010 at 11:48 a.m. -- approximately 42 hours after the May 15th CT Scan findings had been orally reported -- Corey Golding, M.D. read the May 15th CT Scan. Dr. Golding reported that the May 15th CT Scan showed portal-vein thrombosis, a life-threatening and emergent condition, which was missed by Dr. Doe when he read the scan on May 15th and, thus, was not reported to Mr. Thompson's attending physicians.

KLORES
PERRY
MITCHELL P.C.
1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

17. As a result of the CT Scan being misread, Mr. Thompson's portal-vein thrombosis remained untreated from his admission until discovery of the error on May 17, 2010.

18. When Mr. Thompson's portal-vein thrombosis finally was diagnosed on May 17, he was immediately transferred to Washington Hospital Center where he was anti-coagulated and received emergency surgery.

19. The Defendants' failure to timely diagnose Mr. Thompson's condition, and their failure to timely treat his condition, proximately caused Mr. Thompson to suffer severe and permanent injuries as the portal-vein thrombosis remained untreated, and was allowed to progress. As a result, Mr. Thompson suffered multiple organ failure and had a significant portion of his small bowel removed via multiple surgeries, leaving him brain injured and permamently disabled.

20. As a result of the Defendants' negligence, Mr. Thompson requires a lifetime of physical and medical care, and has suffered wage loss, as well as mental and emotional pain and suffering.

## COUNT I
## (MEDICAL MALPRACTICE)

21. Petitioner hereby incorporates all previous paragraphs.

22. The Defendants departed from the standard of care by:

    a. incorrectly reading radiology studies, including a CT Scan;

    b. failing to timely and accurately report radiological study results;

    c. misdiagnosing Plaintiff's condition;

    d. delaying the diagnosis of a life-threatening condition;

    e. failing to timely identify and report a material change between an initial radiological read and final radiological read;

KLORES
PERRY
MITCHELL p.c.
1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

5

    f. failing to have policies in place, and/or failing to effectuate policies, that would ensure that accurate radiological reports are timely prepared and the information timely conveyed;

    g. failing to discover and to appropriately treat Mr. Thompson's condition; and

    h. were otherwise negligent.

23. As a direct and proximate result of the above-described negligence of the Defendants, Mr. Thompson has been severely and permanently injured.

24. Mr. Thompson was in no way contributorily negligent.

25. Absent the above-described negligence of the Defendants, Mr. Thompson would have lived a normal, healthy and fulfilling life.

WHEREFORE, Blake Thompson demands judgment against the Defendants in an amount in excess of the jurisdictional limit and for all other relief deemed just and proper.

## COUNT II
### (Negligence)

26. Plaintiff hereby incorporates all previous paragraphs.

27. As a direct result of the above-described negligence of the Defendants, Mr. Thompson has suffered, and will continue to suffer, permanent injuries.

28. Mr. Thompson was in no way contributorily negligent.

29. Absent the above-described negligence of the Defendants, Mr. Thompson would have lived a normal, healthy and fulfilling life.

WHEREFORE, Blake Thompson demands judgment against the Defendants in an amount in excess of the jurisdictional limit and for all other relief deemed just and proper.

KLORES
PERRY
MITCHELL p.c.
1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

Respectfully submitted,

KLORES PERRY MITCHELL, P.C.

/s/
Bruce J. Klores (#03320)
Scott M. Perry (#14763)
1735 20th Street, N.W.
Washington, D.C. 20009
P: (202) 628-8100
F: (202) 628-1240
smp@klores.com
*Counsel for Petitioner*

Plaintiff demands a trial by jury.

/s/
Scott M. Perry

Klores
Perry
Mitchell p.c.

1735 20TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 628-8100
FAX (202) 628-1240

WWW.KLORES.COM

2006/complaint_08132012